William A. Munoz (SBN 191649)
bill.munoz@fmglaw.com
**FREEMAN MATHIS & GARY, LLP**
2281 Lava Ridge Court, Suite 130
Roseville, California 95661
Telephone:   916.472.3300
Facsimile:    833.297.6235

*Attorneys Specially Appearing for Defendants*
ROBERT W. WRIGHT, WALID TAMARI.
MARGARET E. WHITE and HAIG PANOSSIAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHAUS MALIK<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. WRIGHT, WALID TAMARI, MARGARET E. WHITE, HAIG PANOSSIAN,<br><br>Defendants. | Case No.: 2:24-CV-00692-TLN-AC<br><br>[~~PROPOSED~~] ORDER ON APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Complaint Filed:    March 5, 2024 |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED Defendants ROBERT W. WRIGHT, WALID TAMARI. MARGARET E. WHITE and HAIG PANOSSIAN's Application for Extension of Time to Respond to Plaintiff's Complaint is GRANTED and Defendant shall have until May 29, 2024 to respond to the Complaint.

Dated: April 30, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE