UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHAUS MALIK,<br><br>    Plaintiff,<br><br> v.<br><br>ROBERT W. WRIGHT, et al.,<br><br>    Defendants. | No. 2:24-cv-00692-TLN-AC<br><br>**ORDER** |

  Plaintiff is proceeding is proceeding in the above captioned action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

  On June 17, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 19.) Plaintiff filed objections to the findings and recommendations which the Court considered. (ECF No. 21.)

  The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on June 19, 2024 (ECF No. 19), are ADOPTED IN FULL;
2. The Court GRANTS Defendants' Motion to Dismiss (ECF No. 15);
3. This action is DISMISSED without prejudice; and
4. The Clerk of Court is directed to close this case.

Date:  August 5, 2024

Troy L. Nunley
United States District Judge

2